IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **PATRICE P.,** : | |
| : | Case No. 2:21-cv-5920 |
| **Plaintiff,** : | |
| : | **CHIEF JUDGE ALGENON L. MARBLEY** |
| v. : | |
| : | Magistrate Judge Bowman |
| **COMMISSIONER OF SOCIAL** : | |
| **SECURITY,** : | |
| : | |
| **Defendant.** : | |

**OPINION & ORDER**

This matter comes before this Court on the Magistrate Judge's Report and Recommendation (ECF No. 14) recommending that the Court overrule the Plaintiff's Statement of Errors (ECF No. 9) and affirm the Commissioner's denial of benefits. The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, as well as the right to appeal the decision of this Court adopting the Report and Recommendation. (ECF No. 14 at 24). This Court has reviewed the Report and Recommendation. Noting that no objections have been filed and that the time for filing such objections expired, this Court **ADOPTS** the Magistrate Judge's Report and Recommendation. (ECF No. 14). Plaintiff's Statement of Errors (ECF No. 9) is **OVERRULED**, and the Commissioner's decision is **AFFIRMED**. This case is **DISMISSED**.

IT IS SO ORDERED.

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

**DATED: February 10, 2023**

1